IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACQUES L. GIBBLE, et al.   :
                     Plaintiff(s)   :
                              :
         v.                        :   CIVIL NO. 22-4992
                              :
SECRETARY OF U.S. DEPARTMENT OF   :
HOUSING AND URBAN   :
DEVELOPMENT, et al.   :
                     Defendant(s)   :

### ORDER

**AND NOW**, this **24th** day of **January 2025**, upon consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction and Disclaimer of Interest (ECF No. 16), Plaintiffs' Response (ECF No. 17), Defendant's Reply (ECF No. 18), Plaintiffs' Sur Reply (ECF No. 20), Defendant's Motion to Strike Plaintiffs' Sur Reply (ECF No. 22), and Plaintiffs' Response in Opposition to Defendant's Motion to Strike (ECF No. 23), it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss for Lack of Jurisdiction and Disclaimer of Interest is **GRANTED**.

2. Defendant's Motion to Strike Plaintiff's Sur Reply is **MOOT**.

3. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**